LAW OFFICE OF FRANCIS J. FLYNN, JR.
Francis J. Flynn, Jr.
422 South Curson Avenue
Los Angeles, California 90036-3169
T: 314-662-2836
F: 1-855-710-7706
E: casey@lawofficeflynn.com

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES OF AMERICA
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH DELGADO, individually and on behalf of all others similarly situated, | Case No.: 5:18-cv-05420-BLF |
| Plaintiffs, | **VENUE AFFIDAVIT** |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC, | |
| Defendant. | |

I, JEREMIAH DELGADO, declare as follows:

1. I am the Plaintiff in the above-captioned action.

2. I make this Affidavit pursuant to California Civil Code § 1780(d) and in support of PLAINTIFF'S CLASS ACTION COMPLAINT, which alleges, *inter alia*, violations of the Consumer Legal Remedies Act, California Civil Code Section 1780, *et seq.*, for injunctive relief only.

3.  This action is brought in the United States District Court, Central District of California, Southern Division, the district where I was located when I purchased Defendant's products and was damaged thereby.

4.  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge.

Dated: March 11, 2021                By: /s/ Jeremiah N Delgado
Delgado *Jeremiah N Delgado*

JEREMIAH DELGADO