NAME. ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICE OF FRANCIS J. FLYNN, JR.
Francis J. Flynn, Jr.
422 South Curson Avenue
Los Angeles, California 90036-3169
T: 314-662-2836
F: 1-855-710-7706
E: casey@lawofficeflynn.com

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JEREMIAH DELGADO | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| AMAZON.COM, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (**Local Rule 7.1-1**) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Jeremiah Delgado _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

|              PARTY | CONNECTION / INTEREST |
|---|---|
| None known other than parties and their counsel | |

| **3/11/2021** | /s/Francis J. Flynn, Jr. |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Jeremiah Delgado