LAW OFFICE OF FRANCIS J. FLYNN, JR.
Francis J. "Casey" Flynn, Jr.
422 South Curson Avenue
Los Angeles, California 90036-3169
T: 314-662-2836
F: 1-855-710-7706
E: casey@lawofficeflynn.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES OF AMERICA
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH DELGADO, individually and on behalf of all others similarly situated <br><br> Plaintiff(s), <br><br> v. <br><br> AMAZON.COM, INC. <br><br> Defendant. | Case No.: 8:21-cv-00477-JLS-ADS <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

)

_____

COMES NOW Plaintiff Jeremiah Delgado, by and through counsel, hereby responds to this Court's Order to Show Cause [Dkt. 13] and hereby moves this Court permit the filing of Plaintiff's Amended Complaint, which is attached hereto as Exhibit 1, and permit this litigation to move forward.  In support thereof, Plaintiff states as follows:

1.     This matter was initially filed on March 12, 2021, and as is common in litigation of this sort, was accompanied by the submission of a letter pursuant to the Civil Code 1780, *et seq*., known as the Consumer Legal Remedies Act ("CLRA") demanding certain changes to Defendant's practices.

2.     James Rosemergy, a member of Plaintiff's team of counsel (pro hac vice to be submitted shortly[1]), thereafter spoke with counsel for Defendant, and confirmed at that time that, once the statutory time period for compliance with the demands set forth in the letter expired, Plaintiff would be filing an Amended Complaint to add a claim for damages under the CLRA, as is likewise common in litigation of this sort.

3.     Defendant's counsel agreed to waive service of the Complaint pursuant to Rule 4, and it was agreed that they could wait until the filing of the

---

[1] Mr. Rosemergy is awaiting certificates of good standing, which are required to be provided in connection with a pro hac vice application. Once those are received, the pro hac vice application will be submitted to the Court.

2

Amended Complaint to do so, so they would not be forced to respond to a Complaint that all were aware would be amended.

4.     On June 7, 2021, Plaintiff submitted his Amended Complaint and sent the waiver of service materials to counsel for Defendant. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), a party may amend a pleading to which a responsive pleading is required, such as a complaint, within 21 days of the service of a ***responsive*** pleading **<u>or</u>** service of a motion pursuant to Rule 12(b), (e) or (f).  Because neither of those 21 day periods have elapsed, Plaintiff was of the view that the Amended Complaint was timely and did not require leave.  A copy of Plaintiff's proposed Amended Complaint is attached as **Exhibit 1**.

5.     Additionally, because Plaintiff's Complaint included a claim pursuant to the Consumer Legal Remedies Act, Section 1782(d) of the Act provides the following additional support for Plaintiff's understanding that leave was not required to file the Amended Complaint:

> "An action for injunctive relief brought under the specific provisions of Section 1770 may be commenced without compliance with subdivision (a). **Not less than** 30 days after the commencement of an action for injunctive relief, **and after** compliance with subdivision (a), *the consumer may amend his or her complaint* **<u>without</u> leave of court to include a request for damages**. […]"
>
> <u>Cal. Civ. Code Section 1782</u>. (Emphasis added).

6.     This Court's Orders followed. [Dkts. 11-13]

7.     In the alternative to a finding that the Amended Complaint of June 7

3

did not require leave and was therefore timely, Plaintiff respectfully requests leave to file this Amended Complaint pursuant to Rule 15(a)(2). The Amended Complaint makes no new substantive allegations, it merely adds a claim for damages pursuant to the CLRA, which is a normal and expected component of consumer litigation involving that statute and is permitted under 1782(d) without leave of Court. Defendant, by its counsel, was aware of the intention to file an Amended Complaint, expressed no objection thereto, and Plaintiff agreed to refrain from compelling Defendant to enter an appearance until after the Amended Complaint was filed. Defendant will not be prejudiced by the filing of the Amended Complaint, and Rule 15(a)(2) expressly indicates that the Court "should freely grant leave when just so requires." Such is the case here.

8.     On June 16, 2021, James Rosemergy, received confirmation from Defendant's counsel that Defendant does not object to the filing of the Amended Complaint. *See* **Exhibit 2**, Email exchange between James Rosemergy and Charles Sipos, confirming consent to file Amended Complaint. If permitted to file the Amended Complaint, Plaintiff will promptly send the Rule 4 waiver of service packet to Mr. Sipos as envisioned by the Parties' agreement.

9.     In essence, this case presents a circumstance where an attempt at professional courtesy – agreeing that Defendant need not enter or answer until the Amended Complaint (which all parties envisioned being filed) was in fact filed –

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE FIRST
AMENDED CLASS ACTION COMPLAINT
Case No.:  8:21-cv-00477-JLS-ADS

innocently resulted in the delay in service and the presentation of the Amended Complaint. Neither the delay itself, nor this motion, is the result of any improper motive.

WHEREFORE, Plaintiff hereby submits Plaintiff's response to show cause order and prays this Honorable Court permit the filing of the Amended Complaint, permit the case to move forward as intended, and order such other and further relief as this Court deems just and proper under the circumstances.


DATED: June 16, 2021                    LAW OFFICE OF FRANCIS J. FLYNN, JR.

                        /s/ Francis J. Flynn, Jr.
                        Francis J. "Casey" Flynn, Jr.
                        422 South Curson Avenue
                        Los Angeles, California 90036-3169
                        T: 314-662-2836
                        F: 1-855-710-7706
                        E: casey@lawofficeflynn.com

                        **ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT
Case No.:  8:21-cv-00477-JLS-ADS