LAW OFFICE OF FRANCIS J. FLYNN, JR.
Francis J. "Casey" Flynn, Jr., SBN. 304712
422 South Curson Avenue
Los Angeles, California 90036-3169
T: 314-662-2836
F: 1-855-710-7706
E: casey@lawofficeflynn.com

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES OF AMERICA
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JEREMIAH DELGADO, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>AMAZON.COM, INC.<br><br>Defendant. | ) Case No.: 8:21−cv−00477 JVS (ADSx)<br>)<br>)<br>)<br>) **PLAINTIFF'S NOTICE OF**<br>) **DISMISSAL WITHOUT**<br>) **PREJUDICE PURSUANT TO FED.**<br>) **R. CIV. P. 41(a)(1)(A)(i) WITH**<br>) **EACH PARTY TO BEAR ITS OWN**<br>) **COSTS**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMES NOW**, Plaintiff, JEREMIAH DELGADO ("Plaintiff"), by and through counsel of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) With Each Party to Bear Its Own Costs and

- 1 -

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH EACH PARTY TO BEAR ITS OWN COSTS
CASE NO. 8:21−cv−00477 JVS (ADSx)

hereby dismisses each of Plaintiff's individual claims against Defendant **without prejudice, with each party to bear its own costs**.

Defendant has not filed an answer in this case; nor has Defendant filed a motion for summary judgment. A receiver has not been appointed in this case. A class has not been certified; therefor, this case is not governed by any federal statute that requires a court order for dismissal.

Accordingly, Plaintiff Jeremiah Delgado hereby dismisses each of Plaintiff's claims against Defendant **without prejudice, with each party to bear its own costs**.

DATED: <u>August 23, 2021</u>           **LAW OFFICE OF FRANCIS J. FLYNN, JR.**

<u>/s/ Francis J. Flynn, Jr.</u>
Francis J. "Casey" Flynn, Jr.
422 South Curson Avenue
Los Angeles, California 90036-3169
T: 314-662-2836
F: 1-855-710-7706
E: casey@lawofficeflynn.com

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on August 23, 2021, I electronically filed the foregoing document with the United States District Court for the Central District of California by using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter.

Date: <u>August 23, 2021</u>           By: <u>/s/</u> Francis J. "Casey" Flynn, Jr.